1  DANIEL J. BRODERICK, Bar #89424
   Acting Federal Defender
2  RACHELLE BARBOUR, Bar #185395
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California  95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   CARLOS BARTHOLOMEW

6

7
                IN THE UNITED STATES DISTRICT COURT
8
             FOR THE EASTERN DISTRICT OF CALIFORNIA
9

10  UNITED STATES OF AMERICA,        )
                                     )  No. CR.S-05-527 GEB
11                  Plaintiff,       )
                                     )
12        v.                         )  **STIPULATION TO CONTINUE STATUS**
                                     )  **CONFERENCE; ORDER ON EXCLUSION OF**
13                                   )  **TIME**
    CARLOS BARTHOLOMEW,              )
14                                   )  Date: March 24, 2006
                    Defendant.       )  Time: 9:00 a.m.
15  _____    Judge: Hon. Garland E. Burrell, Jr.

16      IT IS HEREBY STIPULATED by and between the parties hereto through

17  their respective counsel, WILLIAM WONG, Assistant United States

18  Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant

19  Federal Defender, attorney for Defendant, that the status conference

20  previously set on March 10, 2006 be continued to March 24, 2006, and

21  that time continue to be excluded for preparation of defense counsel.

22      Defense counsel continues to investigate the facts, review

23  discovery, and research the legal issues.  The parties need additional

24  time to discuss a plea agreement.

25      For this reason, the parties agree that the ends of justice to be

26  served by a continuance outweigh the best interests of the public and

27  the defendant in a speedy trial and that time under the Speedy Trial

28  Act may be excluded from the date of this order through March 24, 2006,

1  pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

2                                    Respectfully submitted,
                                     DANIEL J. BRODERICK
3                                    Acting Federal Defender

4

5  DATED: March 9, 2006              /s/ RACHELLE BARBOUR
                                     RACHELLE BARBOUR
6                                    Assistant Federal Defender
                                     Attorney for Defendant
7

8                                    McGREGOR SCOTT
                                     United States Attorney
9

10

11 DATED: March 9, 2006              /s/ RACHELLE BARBOUR for
                                     WILLIAM WONG
12                                   Assistant U.S. Attorney
                                     Attorney for Plaintiff

13                        **O R D E R**

14
        **IT IS SO ORDERED.** The previously set status conference is
15
   continued to March 24, 2006.  Time is excluded in the interests of
16
   justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.
17

18 Dated:  March 10, 2006

19
                                     /s/ Garland E. Burrell, Jr.
20                                   GARLAND E. BURRELL, JR.
                                     United States District Judge
21

22

23

24

25

26

27

28

                                      2