DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
CARLOS BARTHOLOMEW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR.S-05-527 GEB |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER ON EXCLUSION OF TIME** |
| CARLOS BARTHOLOMEW, | ) | |
| Defendant. | ) | Date: May 12, 2006 |
| | ) | Time: 9:00 a.m. |
| _____ | | Judge: Hon. Garland E. Burrell, Jr. |

    IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the status conference previously set on April 21, 2006 be continued to May 12, 2006, and that time continue to be excluded for preparation of defense counsel.

    Defense counsel continues to investigate the facts, review discovery, and research the legal issues.  The parties need additional time to discuss a plea agreement.

    For this reason, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through May 12, 2006,

pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

```
                                   Respectfully submitted,
                                   DANIEL J. BRODERICK
                                   Acting Federal Defender


DATED: April 20, 2006              /s/ RACHELLE BARBOUR
                                   RACHELLE BARBOUR
                                   Assistant Federal Defender
                                   Attorney for Defendant


                                   McGREGOR SCOTT
                                   United States Attorney


DATED: April 20, 2006              /s/ RACHELLE BARBOUR for
                                   WILLIAM WONG
                                   Assistant U.S. Attorney
                                   Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.** The previously set status conference is continued to May 12, 2006.  Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated:  May 10, 2006

```
                        /s/ Garland E. Burrell, Jr.
                        GARLAND E. BURRELL, JR.
                        United States District Judge
```

2