DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
CARLOS BARTHOLOMEW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,           )<br>                                     ) <br>            Plaintiff,               )<br>                                     )<br>     v.                              )<br>                                     )<br>                                     )<br> CARLOS BARTHOLOMEW,                  )<br>                                     )<br>            Defendant.               )<br> _____ ) | No. CR.S-05-527 GEB<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER ON EXCLUSION OF TIME**<br><br>Date: July 28, 2006<br>Time: 9:00 a.m.<br>Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the status conference previously set on June 30, 2006 be continued to July 28, 2006, and that time continue to be excluded for preparation of defense counsel.

Defense counsel continues to investigate the facts, review discovery, and research the legal issues.  The parties need additional time to discuss a plea agreement.

For this reason, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through July 28, 2006,

pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

                                      Respectfully submitted,
                                      DANIEL J. BRODERICK
                                      Federal Defender

DATED: June 29, 2006                /s/ RACHELLE BARBOUR
                                      RACHELLE BARBOUR
                                      Assistant Federal Defender
                                      Attorney for Defendant

                                      McGREGOR SCOTT
                                      United States Attorney

DATED: June 29, 2006                /s/ RACHELLE BARBOUR for
                                      WILLIAM WONG
                                      Assistant U.S. Attorney
                                      Attorney for Plaintiff

## **O R D E R**

**IT IS SO ORDERED.** The previously set status conference is continued to July 28, 2006. Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated: June 30, 2006

                                  /s/ Garland E. Burrell, Jr.
                                  GARLAND E. BURRELL, JR.
                                  United States District Judge