DANIEL J. BRODERICK, Bar #89424
Federal Defender
RACHELLE BARBOUR, Bar #185395
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California  95814
Telephone: (916) 498-5700

Attorney for Defendant
CARLOS BARTHOLOMEW

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR.S-05-527 GEB |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STIPULATION TO CONTINUE STATUS CONFERENCE; ORDER ON EXCLUSION OF TIME** |
| | ) | |
| CARLOS BARTHOLOMEW, | ) | |
| | ) | Date: August 25, 2006 |
| Defendant. | ) | Time: 9:00 a.m. |
| _____ | | Judge: Hon. Garland E. Burrell, Jr. |

IT IS HEREBY STIPULATED by and between the parties hereto through their respective counsel, WILLIAM WONG, Assistant United States Attorney, attorney for Plaintiff, and RACHELLE BARBOUR, Assistant Federal Defender, attorney for Defendant, that the status conference previously set on August 11, 2006 be continued to August 25, 2006, and that time continue to be excluded for preparation of defense counsel.

Defense counsel continues to investigate the facts, review discovery, and research the legal issues.  The parties need additional time to discuss a plea agreement.

For this reason, the parties agree that the ends of justice to be served by a continuance outweigh the best interests of the public and the defendant in a speedy trial and that time under the Speedy Trial Act may be excluded from the date of this order through August 25,

2006, pursuant to 18 U.S.C. § 3161(h)(8)(A) and (B)(iv)(Local Code T4).

```
                                        Respectfully submitted,
                                        DANIEL J. BRODERICK
                                        Federal Defender


DATED: August 10, 2006                  /s/ RACHELLE BARBOUR
                                        RACHELLE BARBOUR
                                        Assistant Federal Defender
                                        Attorney for Defendant


                                        McGREGOR SCOTT
                                        United States Attorney


DATED: August 10, 2006                  /s/ RACHELLE BARBOUR for
                                        WILLIAM WONG
                                        Assistant U.S. Attorney
                                        Attorney for Plaintiff
```

**O R D E R**

**IT IS SO ORDERED.** The previously set status conference is continued to August 25, 2006. Time is excluded in the interests of justice pursuant to 18 U.S.C. § 3161 (H)(8)(B)(iv) and Local Code T4.

Dated: August 11, 2006

```
                        /s/ Garland E. Burrell, Jr.
                        GARLAND E. BURRELL, JR.
                        United States District Judge
```

2