FILED
April 30, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NUMBER: 2:05-cr-00527-GEB |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE |
| ) | OF PERSON IN CUSTODY |
| CARLOS BARTHOLOMEW, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>Carlos Bartholomew</u>; Case <u>2:05-cr-00527-GEB</u> from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

    <u>X</u>    Release on Personal Recognizance

    _    Bail Posted in the Sum of _____

    _    Unsecured Appearance Bond in the amount of $

    _    Appearance Bond with 10% Deposit

    _    Appearance Bond secured by Real Property

    _    Corporate Surety Bail Bond

    <u>X</u>    (Other) <u>Conditions of supervised release previously imposed.</u>

Issued at <u>Sacramento, CA</u> on 4/30/2013 at 2:40 pm.

By _____
Carolyn K. Delaney
United States Magistrate Judge